YORK, Respondent.— Order denying motion for a peremptory mandamus order affirmed in the exercise of discretion, with costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

In the Matter of the Petition of JAMES R. McCAFFERTY and FLORENCE MEYER to Render and Settle Their Intermediate Account as Executors, etc., of JAMES A. McCAFFERTY, Late of the County of Kings, Deceased. JAMES R. McCAFFERTY and FLORENCE MEYER, as Executors, etc., of JAMES A. McCAFFERTY, Deceased, and KATHRYN P. KITCHING, Individually and as Administratrix, etc., of CATHERINE A. STUBBERT, Deceased, Appellants; MARY FERGUSON and Others, Respondents. — Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [142 Misc. 371.]

MARY PAOLUCCI, Respondent, v. BARTHOLOMEW PAOLUCCI, Appellant.— Order awarding alimony *pendente lite* and counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

LEONORE SALMON, Respondent, v. JACQUES SALMON, Appellant.— Order modifying final decree affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

JOSEPHINE VOGT, Appellant, v. JOSEPH VOGT, Respondent. — Judgments, in so far as the complaint is dismissed, unanimously affirmed, without costs. In all other respects the judgments are reversed on the law and the facts, with costs to plaintiff against defendant, and defendant's counterclaim dismissed, with costs. In our opinion, the complaint was properly dismissed by the trial court because of lack of proof, and the testimony does not establish the commission of any of the offenses alleged in the counterclaim. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur. Settle order on notice.

In the Matter of the Application of AUBREY LEONARD ASHBY for Admission to the Bar (From the State of Pennsylvania.) — Application granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of FRANCIS H. FASSETT for Admission to the Bar (From the State of Ohio.)— Application granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

SOPHIE SOREN, Respondent, v. A. SCHOTTLAND, INC., Appellant. (Appeal No. 1.) — On argument, order granting plaintiff's motion for an examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

SOPHIE SOREN, Respondent, v. A. SCHOTTLAND, INC., Appellant. (Appeal No. 2.) — On argument, order denying motion to increase the amount of the undertaking to the sum of $50,000 reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of increasing the amount to the sum of $2,000. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ALDORN GARAGE CORPORATION, Appellant, v. CASEY JONES, Respondent.— On argument, order granting motion to open default reversed on the law and the